UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

POWER THE FUTURE,

          Plaintiff,

          v.

UNITED STATES DEPARTMENT OF
STATE,

          Defendant.

Civil Action No. 24-2149 (TJK)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated:  June 24, 2026
       Washington, DC

*/s/ Matthew D. Hardin (By Permission)*
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

*/s/ Christopher Horner (By Permission)*
Christopher Horner, D.C. Bar No. 440107
1725 I Street NW, Suite 300, PMB #2094
Washington, DC 20006
Phone: (202) 262-4458
Email: Chris@CHornerLaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:         */s/ Stephanie R. Johnson*
    STEPHANIE R. JOHNSON
    D.C. Bar #1632338
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-7874
    Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*